CULLEN v. PENNSYLVANIA R. CO. (Circuit Court of Appeals, Second Circuit. February 28, 1922.) No. 166. Appeal from the District Court of the

United States for the Southern District of New York. Suit in admiralty by James H. Cullen against the Pennsylvania Railroad Company. Decree for respondent, and libelant appeals. Affirmed. Macklin, Brown, Purdy & Van Wyck and Pierre M. Brown, all of New York City, for appellant. Burlingham, Veeder, Masten & Fearcy, of New York City (Chauncey I. Clark and Ralph W. Brown, both of New York City, of counsel), for appellee. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.